585 A.2d 370

STATE OF NEW JERSEY v. JOHN R. DYE, III.

September 4, 1990.

Petition for certification denied.

585 A.2d 371

STATE OF NEW JERSEY v. EDDIE JAMES PARKER.

September 4, 1990.

Petition for certification denied.

585 A.2d 371

STATE OF NEW JERSEY v. STEVEN IANNACONE.

September 4, 1990.

Petition for certification denied.

585 A.2d 371

WAZEERA HAOUPSHY v. NIZAR Y. KAWASH.

September 4, 1990.

Petition for certification denied.

585 A.2d 371

RITA HINDIN v. ALFRED I. NEUGUT.

September 10, 1990.

Petition for certification denied.